# United States District Court

DISTRICT OF Massachusetts

GUCCI AMERICA, INC.

**SUMMONS IN A CIVIL CASE**

V.

SUMMIT RESOURCE IMPORTS, LLC AND
KURTIS TOLLIVER

CASE NUMBER:

04 12515 NMG

TO: (Name and address of defendant)

SUMMIT RESOURCE IMPORTS, LLC
c/o Kurtis Tolliver
2311 South 7th Avenue
Bozeman, MT  59715-6501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Schonfeld
Burns & Levinson, LLP
125 Summer Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | December 1, 2004 |
| NAME OF SERVER (PRINT) John A. Adams | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Summit Resource Imports, LLC, 2311 South 7th Avenue, Bozeman, Montana in Care of Kurtis Tolliver

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 1, 2004
            Date

Signature of Server

P.O. Box 3642, Bozeman, Montana 59772
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.