UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC.,

Plaintiff,

v.

SUMMIT RESOURCE IMPORTS, LLC and
KURTIS TOLLIVER,

Defendants.

Case No.: 04-12515 NMG

## ASSENTED-TO MOTION TO EXTEND TIME
## TO RESPOND TO COMPLAINT

Defendants Summit Resource Imports, LLC and Kurtis Tolliver ("Defendants")

move this Court for an order further extending the time to answer or otherwise respond

to Plaintiff's Complaint up to and including January 26, 2005. In support of their request,

Defendants state that Plaintiff Gucci America, Inc. assented to previous extensions of

time to respond to the Complaint and has assented to this request. Defendants further

state that their counsel was engaged on January 6, 2005.

SUMMIT RESOURCE IMPORTS, LLC
and KURTIS TOLLIVER
By their Attorney,

Dale C. Kerester, BBO #548385
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800
(617) 951-0800

Assented to:
GUCCI AMERICA, INC.
By its attorney,

Mark Schonfeld (DK, w email authority)
Mark Schonfeld, BBO # 446980
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
(617) 345-3000

Dated: January 7, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on 1/10/05