UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date 1/26/05
By M.P.
Deputy Clerk

GUCCI AMERICA, INC.,
          Plaintiff,

v.

SUMMIT RESOURCE IMPORTS, LLC and
KURTIS TOLLIVER,
          Defendants.

Case No.: 04-12515 NMG

## ASSENTED-TO MOTION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT UNTIL FEBRUARY 15, 2005

Defendants Summit Resource Imports, LLC and Kurtis Tolliver ("Defendants") move this Court for an order extending the time to answer or otherwise respond to Plaintiff's Complaint up to and including February 15, 2005. In support of their request, Defendants state that Plaintiff and Defendants are exchanging information in an effort to resolve this matter without further litigation. Defendants further state that Plaintiff assented to previous extensions of time to respond to the Complaint and has assented to this request.

SUMMIT RESOURCE IMPORTS, LLC
and KURTIS TOLLIVER
By their Attorney,

/s/ Dale C. Kerester
Dale C. Kerester, BBO #548385
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

Assented to:
GUCCI AMERICA, INC.
By its attorney,
Mark Schonfeld (x-tel q-k 1/26/05)
Mark Schonfeld, BBO # 446980
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000
Dated: January 26, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 1/26/05