UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

GUCCI AMERICA, INC.,
          Plaintiff,

v.

SUMMIT RESOURCE IMPORTS, LLC and
KURTIS TOLLIVER,
          Defendants.

Case No. 04-12515-NMG

## ASSENTED-TO MOTION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT UNTIL MARCH 7, 2005

Defendants Summit Resource Imports, LLC and Kurtis Tolliver ("Defendants") move this Court for an order extending the time to answer or otherwise respond to Plaintiff's Complaint up to and including March 7, 2005. In support of their request, Defendants state that Plaintiff and Defendants are continuing to exchange information in an effort to resolve this matter without further litigation. Defendants further state that Plaintiff assented to previous extensions of time to respond to the Complaint and has assented to this request.

SUMMIT RESOURCE IMPORTS, LLC
and KURTIS TOLLIVER
By their Attorney,

_____
Dale C. Kerester, BBO #548385
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

Assented to:
GUCCI AMERICA, INC.
By its attorney,

Mark Schonfeld (DK per email 2/14/05)
_____
Mark Schonfeld, BBO # 446980
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000
Dated: February 14, 2005

### CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 2/14/05
_____