UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC.,
                 Plaintiff,

v.

SUMMIT RESOURCE IMPORTS, LLC and
KURTIS TOLLIVER,
                 Defendants.

Case No. 04-12515 NMG

## MOTION TO FURTHER EXTEND TIME
## TO RESPOND TO COMPLAINT UNTIL MARCH 27, 2005

Defendants Summit Resource Imports, LLC and Kurtis Tolliver ("Defendants") move this Court for an order extending the time to answer or otherwise respond to Plaintiff's Complaint up to and including March 27, 2005. In support of their request, Defendants state that Plaintiff and Defendants are continuing to exchange information in an effort to resolve this matter without further litigation. Defendants further state that Plaintiff assented to previous extensions of time to respond to the Complaint and that it is expected that Plaintiff will also assent to this request.

                                     SUMMIT RESOURCE IMPORTS, LLC
                                     and KURTIS TOLLIVER
                                     By their Attorney,

                                     _____
                                     Dale C. Kerester, BBO #548385
                                     LYNCH, BREWER, HOFFMAN & FINK, LLP
                                     101 Federal Street, 22nd Floor
                                     Boston, MA  02110-1800
                                     (617) 951-0800

Dated: March 7, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/7/05.