UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC.,

        Plaintiff,

v.

SUMMIT RESOURCE IMPORTS, LLC and
KURTIS TOLLIVER,

        Defendants.

Case No.: 04-12515 NMG

### AFFIDAVIT OF DALE C. KERESTER

I, Dale C. Kerester, do depose and say as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and am a partner in the law firm of Lynch, Brewer, Hoffman & Fink, LLP. I have personal knowledge of the matters set forth herein.

2. I am counsel for Defendants, Summit Resource Imports, LLC and Kurtis Tolliver in this action. I submit this affidavit so as to indicate Plaintiff's assent to the allowance of Defendants' Motion to Further Extend Time to Respond to Complaint until March 27, 2005, which was filed on March 7, 2005.

3. Prior to filing the motion to extend, I sought Plaintiff's assent to the extension but was unable to reach Plaintiff's counsel. Subsequent to the filing of the motion, Plaintiff's counsel responded to my request and confirmed that Plaintiff assents to the allowance of the motion to extend. Attached hereto as Exhibit A is a true and accurate printout of the email dated March 7, 2005 from Plaintiff's counsel confirming that assent and requesting that I forward such email to the Court.

Signed under the pains and penalties of perjury this 8th day of March, 2005:

_____
Dale Kerester

**Kerester, Dale C.**

**From:** Mark Schonfeld [mschonfeld@burnslev.com]
**Sent:** Monday, March 07, 2005 4:56 PM
**To:** Kerester, Dale C.
**Subject:** RE:

Dale,

Please forward this to the Court:

The plaintiff, Gucci America, Inc. assents to the Defendants' Motion for Extension of Time.

Thanks,
Mark

Mark Schonfeld
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

Tel: 617-345-3329
E-Mail: mschonfeld@burnslev.com


**From:** Kerester, Dale C. [mailto:DKERESTER@lynchbrewer.com]
**Sent:** Monday, March 07, 2005 4:17 PM
**To:** Mark Schonfeld
**Subject:**

Mark: Given that that the prior extension went through today, I am filing a motion today seeking to extend until March 27. As I had not heard back from you, I did not indicate any assent but instead stated that I expected that Plaintiff would assent. I would appreciate it if you could send a letter to the court to confirm an assent. Thanks. - Dale

*************************************************************************************

This email message and any files transmitted with it are subject to attorney-client and
work product privileges and contain confidential information intended only for the
person(s) to whom this email is addressed. If you have received this email message
in error, please notify the sender immediately by telephone or email and destroy the
original message without making a copy. Thank you.

Lynch, Brewer, Hoffman & Fink, LLP
Telephone: 617-951-0800