UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC.,
           Plaintiff,

v.

SUMMIT RESOURCE IMPORTS, LLC and
KURTIS TOLLIVER,
           Defendants.

Case No.: 04-12515 NMG

## ASSENTED-TO MOTION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT UNTIL APRIL 18, 2005

Defendants Summit Resource Imports, LLC and Kurtis Tolliver ("Defendants") move this Court for an order extending the time to answer or otherwise respond to Plaintiff's Complaint up to and including April 18, 2005. In support of their request, Defendants state that Plaintiff and Defendants are continuing to exchange information in an effort to resolve this matter without further litigation and that Plaintiff is in the process of reviewing such information. Defendants further state that Plaintiff has assented to this request.

SUMMIT RESOURCE IMPORTS, LLC
and KURTIS TOLLIVER
By their Attorney,

_____
Dale C. Kerester, BBO #548385
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

Assented to:
GUCCI AMERICA, INC.
By its attorney,

_____
Mark Schonfeld, BBO # 446980
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000
Dated: March 22, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/22/05.