UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUCCI AMERICA, INC.,

Plaintiff,

v.

SUMMIT RESOURCE IMPORTS, LLC and
KURTIS TOLLIVER,

Defendants.

Case No.: 04-12515 NMG

## NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 68.2

Defendants Summit Resource Imports, LLC and Kurtis Tolliver ("Defendants")

hereby report that the parties have agreed to settle the above-captioned case.

Defendants request that the Court stay the time to answer or otherwise respond to the

Complaint pending the parties' compliance with their obligations under Local Rule 68.2.

Defendants state that Plaintiff and Defendants have agreed to settle the case but require

additional time to comply with their obligations under Local Rule 68.2. Defendants further

state that Plaintiff has assented to this Notice.

SUMMIT RESOURCE IMPORTS, LLC
and KURTIS TOLLIVER
By their Attorney,

Dale C. Kerester, BBO #548385
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800
(617) 951-0800

Assented to:
GUCCI AMERICA, INC.
By its attorney,

Mark Schonfeld, BBO # 446980
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
(617) 345-3000
Dated: May 27, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on 5/27/0