UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUCCI AMERICA, INC.,<br>　　　　　　　Plaintiff,<br>v.<br>SUMMIT RESOURCE IMPORTS, LLC and<br>KURTIS TOLLIVER,<br>　　　　　　　Defendants. | Case No.: 04-12515 NMG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in the above-referenced matter hereby stipulate that all claims asserted in the Complaint be dismissed with prejudice and without costs.

All parties waive all rights of appeal.

GUCCI AMERICA, INC.,

By its attorney,

_____
Mark Schonfeld, BBO # 446980
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

SUMMIT RESOURCE IMPORTS, LLC and
KURTIS TOLLIVER,

By their attorney

_____
Dale C. Kerester, BBO #548385
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

Dated: June 2, 2005